UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>      Plaintiff,<br><br>    v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>      Defendants. | Case No.: 1:16-cv-01118-SAB (PC)<br><br>ORDER GRANTING MOTION TO CORRECT PLAINTIFF'S NAME<br>(ECF No. 11)<br><br>ORDER RE-CAPTIONING CASE |

    Plaintiff Angee Burrell is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 10.)

    On February 9, 2017, Plaintiff filed a motion stating "my name is spelled Angee Burrell, Burell is not correct." This motion requesting a correction of the case caption (ECF No. 11.), is GRANTED.

    Accordingly, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated:   **February 10, 2017**

                                            UNITED STATES MAGISTRATE JUDGE