# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01118-SAB (PC)<br><br>ORDER DENYING REQUEST TO WITHDRAW AMENDED COMPLAINT TO ADD MISSING PAGES AND ARGUMENT, AS MOOT<br><br>(ECF No. 19) |

    Plaintiff Angee Burrell is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 10.)

    Currently before the Court is request to withdraw his amended complaint to add missing pages and argument, filed April 24, 2017. (ECF No. 19.) Plaintiff states that since submitting his amended complaint, he has re-reviewed the Court's March 24, 2017 screening order, and determined that he should have pleaded certain additional allegations.

    Plaintiff's amended complaint was screened on April 19, 2017, and dismissed with leave to amend. Thus, Plaintiff has already been granted the opportunity to amend his complaint to attempt to state a cognizable claim.

    To the extent he believes in good faith that the additional allegations he describes in his current request are related to this action, he may address them in his second amended complaint. Plaintiff is reminded that he may not change the nature of this suit by adding new, unrelated

1

claims in his second amended complaint. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints).

Accordingly, Plaintiff's motion to withdraw his amended complaint to add missing pages and argument, filed April 24, 2017 (ECF No. 19) is HEREBY DENIED, as moot.

IT IS SO ORDERED.

Dated:   **April 26, 2017**

UNITED STATES MAGISTRATE JUDGE