# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>    Plaintiff,<br><br>v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01118-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN DEFENDANTS<br><br>[ECF No. 26] |

    Plaintiff Angee Burrell is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

    On December 7, 2017, the assigned magistrate judge issued findings and recommendations recommending that this action should proceed on Plaintiff's claim for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants Lozovoy and Sao, and for retaliation in violation of the First Amendment against Defendant Sao. (ECF No. 26.) The magistrate judge further recommended that all other defendants be dismissed for the failure to state a claim against them upon which relief may be granted. (*Id*.) Plaintiff was given fourteen days to file objections to those findings and recommendations. No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. The undersigned concludes the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on December 7, 2017 (ECF No. 26), are adopted in full;
2. This action shall proceed on Plaintiff's claim for deliberate indifference to a serious medical need in violation of the Eighth Amendment against Defendants Lozovoy and Sao, and for retaliation in violation of the First Amendment against Defendant Sao;
3. All other claims and defendants are dismissed from this action for the failure to state a claim upon which relief may be granted; and
4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: April 20, 2018

SENIOR DISTRICT JUDGE