UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br>            Plaintiff,<br><br>v.<br><br>RUSLAN LOZOVOY, et al.,<br>            Defendants. | 1:16-CV-01118 AWI SAB  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ANGEE BURRELL, CD # T-48872, PLAINTIFF WITNESS<br><br>DATE: October 3, 2018<br>TIME:  9:30 a.m. |

ANGEE BURRELL, inmate, CDC #T-48872, a necessary and material witness for the Plaintiff in proceedings in this case on October 3, 2018, is confined at Correctional Training Facility, P.O. Box 689, Soledad, CA 93960, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with any necessary legal property, in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on October 3, 2018, at  9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, along with any necessary legal property, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Correctional Training Facility**

**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **September 5, 2018**          _____
                                        UNITED STATES MAGISTRATE JUDGE

