
FILED
OCT 3 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>  Plaintiff,<br><br>v.<br><br>RUSLAN LOZOVOY, et al.,<br><br>  Defendants. | Case No.: 1:16-cv-01118-AWI-SAB (PC)<br><br>ORDER THAT INMATE ANGEE BURRELL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Angee Burrell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 3, 2018. Inmate Angee Burrell, CDCR #T-48872, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 10/3/18

_____
UNITED STATES MAGISTRATE JUDGE